IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF (1) THE RESIDENCE KNOWN AS ▇▇▇▇ ▇▇▇▇, WILMINGTON, DELAWARE 19808; (2) THE PERSON OF BRANDON JONES; AND (3) A SILVER FORD F-150 BEARING DELAWARE LICENSE PLATE | Case No. 24-357M<br>Case No. 24-358M<br>Case No. 24-359M |



## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Briana Knox, Assistant United States Attorney, and hereby moves to unseal the search warrants and case files in the above-captioned matters.

FILED

NOV 1 2024

U.S. DISTRICT COURT DISTRICT OF DELAWARE

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: /s/ Briana Knox
Briana Knox
Assistant United States Attorney

Dated: October 31, 2024

**IT IS SO ORDERED** this _1st_ day of November, 2024, that the search warrants and related files in the above-captioned matters are unsealed.

_____
UNITED STATES MAGISTRATE JUDGE